UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| ROBIN ELIZABETH RIDLEY, | ) |
| Plaintiff, | ) |
| vs. | ) No. 2:16-cv-000038 |
| | ) CHIEF JUDGE CRENSHAW |
| SOCIAL SECURITY ADMINISTRATION, | ) Magistrate Judge King |
| Defendant. | ) |

## ORDER

On October 11, 2017, the United States Magistrate Judge recommended that Plaintiff's Motion for Attorney Fees pursuant to the Equal Access to Justice Act (Doc. 23) be granted in part. Report and Recommendation (Doc. 25). Although the parties were advised of their right to object to that recommendation, and of the consequences of their failure to do so, there has been no objection.

The Report and Recommendation (Doc. No. 25) is **ADOPTED AND AFFIRMED.** Plaintiff's Motion for Attorney Fees pursuant to the Equal Access to Justice Act (Doc. 23) is **GRANTED in part**. Plaintiff is **AWARDED** an attorney fee under the Equal Access to Justice Act in the amount of $4,012.50. The award is to be paid directly to Plaintiff unless the parties agree that Plaintiff owes no debt to the government; in that event, the award is to be paid directly to Plaintiff's attorney.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE